IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18-CR-332 |
| vs. | |
| CRAIG A. BARNETT, | ORDER |
| Defendant. | |

The government's status report (filing 48) advises the Court that it is unlikely a probate estate will be opened for the deceased victim of this offense. While his rights could be assumed by another family member, there is no other candidate here: in the absence of an estate proceeding, the defendant will evidently remain his father's sole heir. *See* filing 46. Accordingly,

IT IS ORDERED:

1. Dean Barnett will be stricken as a recipient of restitution payments and the defendant's restitution obligation will be reduced accordingly.

2. Any restitution payments to Dean Barnett withheld by the Clerk of the Court pursuant to the Court's previous order (filing 47) shall be distributed *pro rata* to the other victims.

3. An amended judgment will be entered.

Dated this 19th day of May, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge